

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES FRANKLIN ROHR, | § | |
| | § | No. 08-12-00219-CR |
| Appellant, | | |
| | § | Appeal from |
| v. | | |
| | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | | |
| | § | of Dallas County, Texas |
| Appellee. | | |
| | § | (TC # F-0820987-H) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF SEPTEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)